The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN SAGDAI, an individual, | No. 2:21-cv-00182-JCC |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION FOR TRIAL CONTINUANCE** |
| v. | |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Stipulated Motion for Continuance is GRANTED. The trial date is hereby continued to November 21, 2022. The parties shall submit a Joint Status Report reflecting proposed pretrial date changes in light of this Order within ten days.

It is so ORDERED this this 8th day of December 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2  Presented by:
3
4  LETHER LAW GROUP                              THE LAW OFFICE OF GAVIN FLYNN

5  *s/ Eric J. Neal*_____            _*s/ Gavin Flynn*_____
   Thomas Lether, WSBA #18089                    Gavin Flynn, WSBA #25781
6  Eric J. Neal, WSBA #31863                     1499 SE Tech. Center Place
   1848 Westlake Ave N, STE 100                  Suite 135
7  Seattle, WA 98109                             Vancouver, WA 98683
   P:  206-467-5444 / F:  206-467-5544           P: 360-260-5486 / F:360-883-9361
8  tlether@letherlaw.com                         *Attorney for Plaintiff Ivan Sagdai*
   *Counsel for Defendant The Travelers Home*
9  *and Marine Insurance Company*

10
11
12
13
14
15
16
17
18
19
20
21
22
23

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Gavin Flynn, WSBA #25781
1499 SE Tech. Center Place
Suite 135
Vancouver, WA 98683
*Attorney for Plaintiff Ivan Sagdai*

**By:**  ☐ **First Class Mail**    ☒ **E-Service/Email**    ☐ **Legal Messenger**

Dated this 7th day of December, 2021 at Seattle, Washington.

*s/ Nico Schulz*
Nico Schulz, Paralegal

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544