UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN SAGDAI, <br><br> Plaintiff, <br> v. <br><br> TRAVELERS HOME AND MARINE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 21-00182-LK <br><br> ORDER GRANTING STIPULATED MOTION TO AMEND DATE OF PLAINTIFF'S RULE 35 EXAMINATION |

    This matter came before the Court on the parties' stipulation and proposed order to change the date of Plaintiff's Rule 35 examination to February 24, 2022 at 12:00 p.m. PST. The parties had previously requested, and the Court had ordered, that the examination take place on a different day.

    Based on the parties' stipulation, the Court GRANTS the parties' stipulated motion to change the date of Plaintiff's Rule 35 examination, Dkt. No. 31, and ORDERS that the examination will occur on February 24, 2022 at 12:00 p.m. PST. All other terms and conditions regarding Plaintiff's Rule 35 examination shall remain unchanged from those set forth in the

ORDER GRANTING STIPULATED MOTION TO AMEND DATE OF PLAINTIFF'S RULE 35 EXAMINATION - 1

Court's Supplemental Order Regarding Motion to Compel and Rule 35 Examination, Dkt. No. 30.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 1st day of February, 2022.

*Lauren King*
Lauren King
United States District Judge