UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN SAGDAI,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. 21-00182-LK<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF |

      This matter comes before the Court on the parties' Stipulation and Proposed Order to Extend Discovery Cutoff and Set Expert Disclosures Deadline, Dkt. No. 34. Because the parties fail to set forth good cause for the extension as required by Local Civil Rule 16(b)(6), and because the parties' requested extensions conflict with other pretrial deadlines, Dkt. No. 33, the Court DENIES the stipulated motion without prejudice.[1]

---

[1] The Court also notes that its prior Orders did not alter the requirement that "[a]ll discovery – including expert disclosures and all fact and expert depositions – must be completed by the discovery cutoff date." Dkt. No. 8 at 1; *see also* Dkt. Nos. 21, 33.

ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF - 1

Dated this 12th day of May, 2022.

Lauren King
United States District Judge

ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF - 2